UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **DISABILITY RIGHTS TEXAS**, | § | |
| | § | |
| *Plaintiff*, | § | |
| v. | § | |
| | § | |
| **GREG ALLEN**, in his official capacity as | § | EP-21-CV-00211-DCG |
| the Police Chief of the El Paso Police | § | |
| Department, | § | |
| | § | |
| *Defendant*. | § | |

## ORDER

Plaintiff moves to seal Defendant's response to Plaintiff's motion for summary judgment because two exhibits contain confidential health information. Mot., ECF No. 26 at 1–2. Defendants are unopposed. *Id.* Because the "presumption is that judicial records should not be sealed," the Court will not seal Defendant's entire filing simply because two exhibits contain confidential information. *Binh Hoa Le v. Exeter Fin. Corp.*, 990 F.3d 410, 419 (5th Cir. 2021). The Court thus **DENIES** Plaintiff's "Motion to Seal" (ECF No. 26).

But the Court agrees that the exhibits must be sealed. The Court, therefore, **ORDERS** the following:

(1) Defendant must file a motion to withdraw his response.

(2) Defendant must then move to file his response and exhibits under seal. W. DIST. TEX. LOCAL RULE CV-5.2 (governing documents filed under seal). Defendant must file the response and exhibits as separate documents.[1]

Defendant must comply with this Order **as soon as possible** but in any event no later than **October 10, 2022**.

---
[1] Once the Court has this motion, the District Clerk can docket Defendant's response on the public docket and docket the exhibits under seal.

**So ORDERED and SIGNED this 7th day of October 2022.**

_____
**DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE**