**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **DISABILITY RIGHTS TEXAS,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **CIVIL ACTION NO. 3:21-cv-00211-DCG** |
| | § | |
| **PETER PACILLAS, IN HIS OFFICIAL** | § | |
| **CAPACITY AS THE POLICE CHIEF OF** | § | |
| **THE EL PASO POLICE DEPARTMENT,** | § | |
| | § | |
| **Defendant.** | § | |

---

**ORDER GRANTING PLAINTIFF'S UNOPPOSED REQUEST FOR ORAL ARGUMENT ON MOTIONS FOR SUMMARY JUDGMENT AND RESPONSIVE OBJECTIONS**

---

On this day, the Court considered Plaintiff's Unopposed Request for Oral Argument on Motions for Summary Judgment and Responsive Objections. The Court finds the request meritorious and that it should be GRANTED.

Therefore, the Court grants Plaintiff's request for Oral Argument. Oral Arguments will be set for _____, 2023, at __:___ a.m./p.m.

It is so ORDERED.

SIGNED on this _____ day of_____, 2023.

<br>

_____
DAVID C. GUARDERRAMA
UNITED STATES DISTRICT JUDGE