IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| DISABILITY RIGHTS TEXAS, § | | |
| § | | |
| *Plaintiff*, § | | |
| § | | |
| vs. § | | EP-21-CV-00211-DCG |
| § | | |
| PETER PACILLAS, IN HIS OFFICIAL § | | |
| CAPACITY AS THE INTERIM POLICE § | | |
| CHIEF OF THE EL PASO POLICE § | | |
| DEPARTMENT, § | | |
| § | | |
| *Defendant* § | | |

## NOTICE OF APPEAL

Disability Rights Texas, the Plaintiff in the above-named case, appeals to the United States Court of Appeals for the Fifth Circuit from the Amended Memorandum Opinion and Order (ECF. No. 59) and the Final Judgment (ECF No. 60), both entered on September 1, 2023.

Respectfully submitted,

**BETH L. MITCHELL**
State Bar No. 00784613
bmitchell@drtx.org
DISABILITY RIGHTS TEXAS
2222 W. Braker Lane
Austin, Texas 78758
(512) 454-4816 (Austin Office)
(512) 454-3999 (Austin Fax)

**JENNIFER REIF**
State Bar No. 24072762
jreif@drtx.org
DISABILITY RIGHTS TEXAS
1500 McGowen, Suite 100
Houston, Texas 77004
(713) 974-7691 (Houston Office)
(713) 974-7695 (Houston Fax)

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

      I hereby certify that on October 2, 2023, a true and correct copy of the foregoing document was electronically filed using the Court's CM/ECF filing system, thus providing notice of electronic filing to the following:

*<u>Via Email</u>*
**Evan D. Reed**
ReedED@elpasotexas.gov
**Sergio M. Estrada**
sergio.estrada@kempsmith.com
**Shelly Rivas**
Shelly.Rivas@kempsmith.com
**Mark Osborn**
mosborn@kempsmith.com

**Attorneys for Defendant**

_____
BETH L. MITCHELL
ATTORNEY FOR PLAINTIFF